■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM STEELE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated April 25, 1962, and entered May 2, 1962, after a hearing, which dismissed the writ and remanded him to the custody of the respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Christ, Brennan and Rabin, JJ., concur; Hopkins, J., not voting.

■ REBECCA SAMMEL, Respondent, v. SHIRLEY COHEN et al., Defendants, and HYMAN COHEN et al., Doing Business as DANDEE KOSHER MEATS, Appellants.— In a negligence action to recover damages for personal injury, the defendants Hyman Cohen and Max Flom appeal from a judgment of the Supreme Court, Kings County, entered March 23, 1962 upon a jury's verdict after trial, in plaintiff's favor for $24,349.50. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ FAITH COHEN, Respondent, v. HERBERT COHEN, Appellant.— Motion by appellant for a stay, pending appeal from order, granted on the following conditions: (1) that appellant shall have complied with the conditions on which the stay, pending the determination of this motion, was granted, such conditions being specified in the show cause order dated November 21, 1962 initiating the motion; and (2) on the further condition that appellant shall perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963. The appeal is ordered on the calendar for said term; appellant is directed to serve and file the record and his brief on or before January 4, 1963. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ AL HAMBURG, Respondent, v. BRENNER ELECTRIC CO., INC., Defendant, and ABRAHAM BRENNER et al., Appellants.— Motion by appellants for a stay of the trial pending appeal from order, granted on the following conditions: (1) that, within 10 days after entry of the order hereon, appellants shall serve and file an undertaking for $1,000, with corporate surety, to pay the costs and disbursements on the appeal in the event the order be affirmed or the appeal therefrom be dismissed, and, after such payment, to apply the remaining balance of such undertaking to the satisfaction of the judgment, if any, which may be rendered against appellants in this action; and (2) that appellants shall perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963. The appeal is ordered on the calendar for said term; the record and appellants' brief must be served and filed on or before January 4, 1963. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ JOHN BOYLE, Respondent, v. KREBS and SCHULZ MOTORS, INC., Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 4, 1963. Respondent is granted leave to raise the question of appealability of the order on the argument of the appeal. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ MAE SHEPETIN, Respondent, v. MOE SHEPETIN, Appellant.— Motion by appellant for reargument, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.